MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re: FREDERICK Z. MARTINEZ

Debtor(s)

Case No. 11-71483 CN 13

CHAPTER 13

AMENDED
**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $4,896.74 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-71483 CN 13 | ALTITUDE FUNDING ASSOC<br>324 DATURA ST. #115<br>WEST PALM BEACH, FL 33401 | $ 8,318.16 | $ 4,896.74 |

Total Unclaimed Dividends                $ 4,896.74

Dated: November 17, 2016

                                          /s/ Martha G. Bronitsky
Martha G. Bronitsky, Chapter 13 Trustee